# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAFAEL BUENO,**

                    **Plaintiff,**

-vs-                                                    **Case No.  6:06-cv-1464-Orl-19JGG**

**KINGSWERE FURNITURE, LLC.,**

                    **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION AND STIPULATION FOR APPROVAL OF SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE (Doc. No. 24)** |
| **FILED:** | **February 20, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      Plaintiff, Rafael Bueno, and Defendant, Kingswere Furniture, LLC, jointly move the Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA") and to dismiss the case with prejudice.

      The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement is a fair and reasonable resolution of a bona fide dispute.  The case involved disputed issues of FLSA coverage, which constitutes a bona fide dispute.  Each party was represented by independent counsel,

who were obligated to vigorously represent their client.  The Court finds the proposed settlement of payment to Bueno of $875 for back wages and $875 for liquidated damages, and payment of $2,900 to Bueno's counsel in exchange for Bueno's release of claims and dismissal of the action with prejudice to be fair and reasonable.

The Court, therefore, **RECOMMENDS**, that:

1.	The parties' joint motion be granted and the settlement be approved; and

2.	The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 22, 2007.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Patricia C. Fawsett
Counsel of Record

-2-