**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RAFAEL BUENO,

      Plaintiff,

vs.                                        CASE NO. 6:06-CV-1464-ORL-19JGG

KINGSWERE FURNITURE, LLC,

      Defendant.

<u>ORDER</u>

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 27, filed February 22, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 27) is **ADOPTED and AFFIRMED.** The Joint Motion and Stipulation for Approval of Settlement and for Dismissal with Prejudice (Doc. No. 24, filed February 20, 2007) is **GRANTED**, and the settlement is **APPROVED.** This case is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___14th___ day of March, 2007.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record